# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No.: 3:23:CR-0067-K |
| | § | |
| MAGALY MEJIA CANO | § | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING AND SENTENCING DEADLINES

TO THE HONORABLE, EDWARD KINKEADE, UNITED STATES DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW, the Defendant, Magaly Mejia Cano, by and through the undersigned counsel of record, and hereby moves the Honorable Court for an Unopposed Motion to Continue Sentencing and Sentencing deadlines, and, in support thereof, would respectfully show the Court the following:

**I.**

Ms. Cano pled guilty to a superseding indictment alleging violation of 21 U.S.C. § 859 Distribution of a Controlled Substance to a Person Under 21 Years of Age.

**Sentencing is set December 6, 2023, at 9:00am.**

Ms. Cano requests a continuance of her sentencing because counsel for Defendant is currently out of the state and will return December 4, 2023.

1

Counsel requires additional time to meet with Ms. Cano and to prepare for the sentencing hearing.

The defense certifies that this request is not due to a lack of due diligence by defense counsel, nor is this request made for the purposes of unwarranted delay. Rather, the need for additional time is necessary for effective preparation and for defense counsel to provide effective assistance of counsel to Ms. Cano.

The defense respectfully requests that the Court grant a continuance of the defendant's sentencing of 90 days. Counsel has a preplanned trip for December 27, 2023, through January 10, 2023. Counsel is also scheduled for a jury trial on January 16, 2023, in the Eastern District of Texas in Cause 4:19-CR-126 USA v. Mario Castillo Quiros. This trial is estimated to last two weeks.

Defense counsel conferred this motion with Assistant United States Attorney, Rick Calvert and he advised that the Government is not opposed to this continuance.

FOR THE ABOVE REASONS, Defendant, Magaly Mejia Cano, respectfully asks that this unopposed motion for continuance be granted and the sentencing along with sentencing deadlines be continued.

Respectfully submitted,

2

>*/s/ Kara L. Carreras*
>Kara L. Carreras
>Texas Bar No. 24028942
>The Carreras Law Group, P.C.
>604 E. 4th St. Ste 101
>Fort Worth Texas 76102
>(817) 318-6022
>kara@fortworthdefense.com

## CERTIFICATE OF CONFERENCE

On November 27, 2023, Counsel certifies that she spoke with Assistant United States Attorney, Rick Calvert, and he is not opposed to the granting of this motion.

>*/s/Kara L. Carreras*
>Kara L. Carreras

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Defendant's Unopposed Motion to Continue was electronically filed with the clerk of Court for the United States District Court, Northern District and notice provided to Assistant United States Attorney, via ECF.

>*/s/Kara L. Carreras*
>Kara L. Carreras

3